## No. 5138.

### MARY ANN RILEY v. MR. and MRS. CONDRAN.

Plaintiff, alleging to be the heir of one Mrs. Brady, sues to be recognized as the owner of one-half of a certain lot of ground, and for the payment of the rent thereof at the rate of fifty dollars per month from the first of February, 1867—which lot of ground belonged to the community existing between the deceased and her husband. After the death of Mrs. Brady the property, which was incumbered with a mortgage, was sold under executory process and bought by the defendant at the sheriff's sale thereof. This defense is valid.

APPEAL from the Sixth District Court, parish of Orleans. *Saucier,* J. *Belden & Foley,* W. B. *Lancaster,* for plaintiff and appellant. *Timony,* for defendants and appellees.

MORGAN, J. Plaintiff sues to be recognized as the owner of the one-

half of a certain lot of ground, and the rent thereof at the rate of fifty dollars per month from the first February, 1867.

The lot in question belonged, as is alleged, to the community which existed between J. M. C. Brady and his wife, the latter of whom is dead; plaintiff claims as her heir. At the time of Mrs. Brady's death the property sued for was incumbered with a mortgage. After her death it was seized and sold under executory process, and the defendants, at the sheriff's sale thereof, became the purchasers. The title thus acquired is set up as a defense to this action. It must prevail. See Randolph v. Chapman, 21 An. 486.

Judgment affirmed.